

- » U.S. Healthcare Compliance Policy
- » U.S. Assistance Programs
  - » Patient Assistance Program
  - » Unrestricted Educational Grants
- » Partnerships
- » Locations
- » Contact Us

- Home
- »
- About Valeant
- »
- Board of Directors & Management
- »
- Robert A. Ingram

# Board of Directors

**General Partner, Hatteras Venture Partners**

Mr. Ingram has been serving on the Board of the Company since 2003 and serves as a member of both our Compensation Committee and our Corporate Governance/Nominating Committee. Mr. Ingram is currently a general partner at Hatteras Venture Partners. In addition, he serves as a strategic advisor to the Chief Executive Officer of GlaxoSmithKline since January 2010. He served as Vice Chairman Pharmaceuticals of GlaxoSmithKline from 2002 through 2009 and Chief Operating Officer and President of Pharmaceutical Operations, GlaxoSmithKline from 2001 through 2002. He was Chief Executive of Glaxo Wellcome plc from October 1997 to December 2000 and Chairman of Glaxo Wellcome Inc., Glaxo Wellcome plc's U.S. subsidiary, from January 1999 to December 2000. Mr. Ingram was President and Chief Executive Officer of Glaxo Wellcome Inc. from October 1997 to January 1999. Mr. Ingram is also a member of the Board of Advisors for the H. Lee Moffitt Cancer Center and Research Institute.



Mr. Ingram currently serves on the boards of Edwards Life Sciences Corporation (member of Compensation Committee and Audit Committee); Lowe's Companies, Inc. (member of Compensation and Organization Committee and Governance Committee); OSI Pharmaceuticals, Inc. (chairman of the Board, chairman of Corporate Governance and Nominating Committee, and member of Compensation Committee); Allergan Inc. (chairman of Corporate Governance Committee and member of Organization and Compensation Committee) and CREE, Inc. (member of Compensation Committee and Governance and Nominations Committee). He is a former director of Misys plc, Nortel Networks and Wachovia Corporation.

Mr. Ingram graduated from Eastern Illinois University with a BS degree in Business Administration.

Copyright © 2014 Valeant. All rights reserved.

- Privacy Policy
- Terms & Conditions
- SiteMap