**PRELIMINARY INJUNCTION APPEAL**

LATHAM & WATKINS LLP
   Peter A. Wald (Bar No. 85705)
   *peter.wald@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
   Michele D. Johnson (Bar No. 198298)
   *michele.johnson@lw.com*
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626-1925
Telephone: +1.714.540.1235

WACHTELL, LIPTON, ROSEN & KATZ
   William D. Savitt (*pro hac vice*)
   *wdsavitt@wlrk.com*
   Bradley R. Wilson (*pro hac vice*)
   *brwilson@wlrk.com*
51 West 52nd Street
New York, New York 10019
Telephone: +1.212.403.1329

Attorneys for Plaintiffs
ALLERGAN, INC. and
KARAH H. PARSCHAUER

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| ALLERGAN, INC., a Delaware corporation, and KARAH H. PARSCHAUER, an individual,<br><br>            Plaintiffs,<br><br>   v.<br><br>VALEANT PHARMACEUTICALS INTERNATIONAL, INC., VALEANT PHARMACEUTICALS INTERNATIONAL, AGMS, INC., PERSHING SQUARE CAPITAL MANAGEMENT, L.P., PS MANAGEMENT, GP, LLC, PS FUND 1, LLC and WILLIAM A. ACKMAN, an individual, and Does 1-10,<br><br>            Defendants. | CASE NO. 8:14-cv-01214-DOC (ANx)<br><br>**NOTICE OF APPEAL**<br><br>**PRELIMINARY INJUNCTION APPEAL** |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
ORANGE COUNTY

SF\5872141

CASE NO. 8:14-CV-01214-DOC (ANx)
Notice of Appeal

1   Notice is hereby given that Allergan, Inc. and Karah H. Parschauer,
2 Plaintiffs in the above-captioned case, hereby appeal to the United States Court of
3 Appeals for the Ninth Circuit from the order entered on November 4, 2014,
4 granting in part and denying in part Plaintiffs' motion for a preliminary injunction.
5 A true and correct copy of that order is attached hereto as Exhibit A.  Plaintiffs
6 hereby submit with this Notice a filing fee for the Notice of Appeal in the amount
7 of $505, payable to the Clerk, U.S. District Court.
8   Plaintiffs know of no related cases pending before the Ninth Circuit.

Dated:  November 5, 2014

LATHAM & WATKINS LLP

By: /s/ Peter A. Wald
 Peter A. Wald

LATHAM & WATKINS LLP
Peter A. Wald (Bar No. 85705)
*peter.wald@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538

LATHAM & WATKINS LLP
Michele D. Johnson (Bar No. 198298)
*michele.johnson@lw.com*
650 Town Center Drive, 20th Fl.
Costa Mesa, California 92626

WACHTELL LIPTON ROSEN & KATZ
William D. Savitt (*pro hac vice*)
Bradley R. Wilson (*pro hac vice*)
51 W. 52nd Street
New York, NY 10019

Attorneys for Plaintiffs
ALLERGAN, INC. and KARAH PARSCHAUER

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
ORANGE COUNTY

SF\5872141

1

CASE NO. 8:14-CV-01214-DOC (ANx)
Notice of Appeal