LATHAM & WATKINS LLP
  Peter A. Wald (Bar No. 85705)
  *peter.wald@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 395-8006
Facsimile: (415) 395-8095
  Michele D. Johnson (Bar No. 198298)
  *michele.johnson@lw.com*
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626-1925
Telephone: (714) 540-1235
Facsimile: (714) 755-8290

WACHTELL, LIPTON, ROSEN & KATZ
  William D. Savitt (*pro hac vice*)
  *wdsavitt@wlrk.com*
  Bradley R. Wilson (*pro hac vice*)
  *brwilson@wlrk.com*
51 West 52nd Street
New York, NY 10019
Telephone: (212) 403-1329
Facsimile: (212) 403-2329

Attorneys for Plaintiffs ALLERGAN, INC.
and KARAH H. PARSCHAUER

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| ALLERGAN, INC., *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>VALEANT PHARMACEUTICALS INTERNATIONAL, INC., *et al.*,<br><br>    Defendants. | CASE NO. 8:14-cv-01214-DOC (ANx)<br><br>**JOINT STIPULATION OF VOLUNTARY DISMISSAL** |

Plaintiffs Allergan, Inc. ("Allergan") and Karah H. Parschauer; Defendants Valeant Pharmaceuticals International, Inc., Valeant Pharmaceuticals International, AGMS, Inc. ("Valeant"), Pershing Square Capital Management, L.P., PS Management GP, LLC, PS Fund 1, LLC, and William A. Ackman ("Pershing Square") (collectively, "Defendants"); and the additional Counterclaim Defendants David Pyott, Deborah Dunsire, Michael R. Gallagher, Trevor M. Jones, Louis J. Lavigne, Russell T. Ray, Peter J. McDonnell, Timothy D. Proctor, and Henri A. Termeer, by and through their undersigned counsel, hereby stipulate as follows:

(1) Allergan shall and hereby does voluntarily dismiss its claims as stated in the First Amended Complaint filed on January 28, 2015, with prejudice, pursuant to Federal Rule of Civil Procedure 41(1)(A)(ii);

(2) Ms. Parschauer shall and hereby does voluntarily dismiss her claims as stated in the First Amended Complaint, without prejudice, pursuant to Rule 41(1)(A)(ii);

(3) Defendants shall and hereby do voluntarily dismiss their counterclaims as stated in Amended Counterclaims filed on November 3, 2014, with prejudice, pursuant to Rule 41(1)(A)(ii).

(4) All parties will bear their own costs and fees.

IT IS SO STIPULATED.

Dated: April 9, 2015                          Respectfully submitted,

                                              LATHAM & WATKINS LLP

                                              By:  /s/ Peter A. Wald
                                                   Peter A. Wald
                                                   Michele D. Johnson

                                              WACHTELL LIPTON ROSEN & KATZ LLP
                                              William D. Savitt (*pro hac vice*)

| | |
|---|---|
| 1 | Bradley R. Wilson (*pro hac vice*) |
| 2 | 51 W. 52nd Street<br>New York, NY 10019 |
| 3 | Telephone: (212) 403-1329<br>Facsimile: (212) 403-2329 |
| 4 | |
| 5 | Attorneys for Plaintiffs<br>ALLERGAN, INC. and |
| 6 | KARAH H. PARSCHAUER |
| 7 | and |
| 8 | Attorneys for Counterclaim<br>Defendants DAVID PYOTT, |
| 9 | DEBORAH DUNSIRE, MICHAEL<br>R. GALLAGHER, TREVOR M. |
| 10 | JONES, LOUIS J. LAVIGNE,<br>RUSSELL T. RAY, PETER J. |
| 11 | MCDONNELL, TIMOTHY D.<br>PROCTOR, AND HENRI A. |
| 12 | TERMEER |
| 13  Dated: April 9, 2015 | Respectfully submitted, |
| 14 | KIRKLAND & ELLIS LLP |
| 15 | |
| 16 | By: /s/ Mark Holscher<br>Mark Holscher |
| 17 | KIRKLAND & ELLIS LLP |
| 18 | Mark Holscher (SBN 139582)<br>Michael Shipley (SBN 233674) |
| 19 | Jay Bhimani (SBN 267689)<br>333 South Hope Street |
| 20 | Los Angeles, California 90071<br>Telephone: (213) 680-8400 |
| 21 | Facsimile: (213) 680-8500 |

| | |
|---|---|
| 1 | KIRKLAND & ELLIS LLP |
| 2 | Jay P. Lefkowitz (*pro hac vice*) |
| | John P. Del Monaco (*pro hac vice*) |
| 3 | Danielle R. Sassoon (*pro hac vice*) |
| | 601 Lexington Avenue |
| 4 | New York, New York 10022-4611 |
| | Telephone: (212) 446-4800 |
| 5 | Facsimile: (212) 446-4900 |
| 6 | |
| | Attorneys for Defendants |
| 7 | PERSHING SQUARE CAPITAL |
| | MANAGEMENT, L.P., PS |
| 8 | MANAGEMENT GP, LLC, PS |
| | FUND 1, LLC, and WILLIAM A. |
| 9 | ACKMAN |

11  Dated: April 9, 2015              Respectfully submitted,

12                                    SULLIVAN & CROMWELL LLP

14                                    By: /s/ Robert A. Sacks
                                          Robert A. Sacks

16                                    SULLIVAN & CROMWELL LLP
                                      Robert A. Sacks (Bar No. 150146)
17                                    Edward E. Johnson (Bar No. 241065)
                                      1888 Century Park East, Suite 2100
18                                    Los Angeles, California 90067-1725
                                      Telephone: (310) 712-6600
19                                    Facsimile: (310) 712-8800

20                                    SULLIVAN & CROMWELL LLP
                                      Brian T. Frawley (*pro hac vice* filed)
21                                    125 Broad Street
                                      New York, New York 10004-2498
22                                    Telephone: (212) 558-4000
23                                    Facsimile: (212) 558-3588

24                                    Attorneys for Defendants
25                                    VALEANT PHARMACEUTICALS
                                      INTERNATIONAL, INC.,
26                                    VALEANT PHARMACEUTICALS
                                      INTERNATIONAL, and AGMS,
27                                    INC.

28

## SIGNATURE CERTIFICATION

Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.

Dated:  April 9, 2015                    LATHAM & WATKINS LLP

                                         By:  /s/ Colleen C. Smith
                                              Colleen C. Smith